# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1340

_____

Dennis Larson Loop,                               *
                                                  *
               Appellant,                         *
                                                  *   Appeal from the United States
          v.                                      *   District Court for the
                                                  *   District of Minnesota.
Hennepin County; Hennepin County                  *
Sheriff's Department; City of                     *   [UNPUBLISHED]
Minneapolis; Jeff Burchett; Dan                   *
Antisdel; Rick Palaia; Craig Martin;              *
Todd Turpitt; Ken Vinuk,                          *
                                                  *
               Appellees.                         *

_____

Submitted: May 22, 2007
Filed: May 30, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dennis Larson Loop appeals the district court's[1] dismissal of this 42 U.S.C. § 1983 action. Following careful de novo review, see Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007), we affirm the dismissal for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.